# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEABURY, : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-6326 |
| SUPERINTENDENT CYNTHIA LINK, : et al., | |
| Respondents. : | |

## ORDER

**AND NOW**, this __10th__ day of October, 2017, upon consideration of Petitioner Michael Seabury's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Habeas Petition") (Doc. 1), Respondents' Answer to the Petition for the Writ of Habeas Corpus (Doc. 11), Petitioner's Reply to Respondents['] Answer to the Petition for Writ of Habeas Corpus (Doc. 12), and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. 13), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Habeas Petition is **DENIED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

1

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**